This is to advise that on June 13, 2008

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 08-67

In action

Consol. Ct. No. 07-00378

Ad Hoc Shrimp Trade Action Committee,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Thai-I-Mei Frozen Foods Co., Ltd., et al.,
(Defendant-Intervenors.)