This is to advise that on May 13,  2009

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 09-42

In action

Consol.  Ct.  No. 07-00378

Ad Hoc Shrimp Trade Action Committee,

(Plaintiff,)

v.

United States,
(Defendant,)

and

Thai-Mei Frozen Foods Co., Ltd. et al.,
(Defendant-Intervenors.)